IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PROASSURANCE CASUALTY COMPANY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-051
)
WILSON R. SMITH, ROBERT L. )
JENKINS, and SMITH & JENKINS, )
P.C., )
)
    Defendants. )
)

**O R D E R**

Before the Court is Defendant Wilson R. Smith's Notice of Stay, filed on January 19, 2016, stating that Defendant Smith has filed for bankruptcy in the Southern District of Georgia. (Doc. 62.) Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, the Clerk of Court is **DIRECTED** to **STAY** and **ADMINISTRATIVELY CLOSE THIS CASE**.[1] Should it become necessary, Plaintiff may move to lift the stay and reopen this case.

SO ORDERED this 22ⁿᵈ day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are administratively terminated. Should the stay in this case be lifted, the Clerk of Court is **DIRECTED** to reopen those motions at that time.