IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PROASSURANCE CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.: CV415-051 |
| WILSON R. SMITH, ROBERT L. JENKINS, and SMITH AND JENKINS, P.C., | ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT ORDER GRANTING MOTION TO WITHDRAW

On March 30, 2016, Mr. Smith filed a Motion to Withdraw his previously filed Motion to Reopen Discovery and to Supplement the Record and Briefs with Regard to Plaintiff's Pending Motion for Summary Judgment. All of the Parties to this case, by and through their undersigned counsel of record, have stated they have no objection to the Court granting Mr. Smith's Motion to Withdraw. WHEREFORE, it is hereby ORDERED that Wilson's Smith's Motion to Withdraw [Dkt No. 68] is GRANTED, and the Motion to Reopen Discovery and to Supplement the Record [Dkt No. 67] is HEREBY WITHDRAWN.

SO ORDERED, this 7TH day of April, 2016.

Magistrate JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CONSENTED AND AGREED TO:

| BART, MEYER & COMPANY, LLP | CARR & WEATHERBY, LLP |
|---|---|
| /s/Roy E. Paul, Esq. | /s/William Pitts Carr |
| Georgia Bar No. 567675 | Georgia Bar No. 112100 |
| P.O. Box 16089 | Alexander D. Weatherby |
| Savannah, GA 31416 | Georgia Bar No. 819975 |
| 912-598-5151 (phone) | 4200 Nothside Pkwy., NW |
| 912-598-5152 (fax) | 10 North Parkway Square |
| Attorneys for Robert L. Jenkins | Atlanta, GA 30327 |
| | 404-442-9000 (phone) |
| | Attorneys for ProAssurance Casualty Company |

MITCHELL WARNOCK, LLC

GANNAM, GNANN & STEINMETZ, LLC

/s/C. Mitchell Warnock, Jr.
Georgia Bar No. 738102
1104 Bellevue Avenue
Dublin, GA 31021
478-275-8119 (phone)
Attorneys for Wilson R. Smith

*/s/ Christian J. Steinmetz III*

/s/ Christian J. Steinmetz III
Georgia Bar No. 278260
PO Box 10085
Savannah, GA 31412-0285
912-232-1192 (telephone)
Attorney for Smith and Jenkins, P.C.