FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 18 PM 4:04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PROASSURANCE CASUALTY COMPANY,

Plaintiff,

v.

WILSON R. SMITH, ROBERT L. JENKINS, and SMITH AND JENKINS, P.C.,

Defendants.

CASE NO. CV415-051

**O R D E R**

Before the Court is Defendant Smith and Jenkins, P.C.'s Request for Oral Argument on Motion, requesting that the Court schedule a hearing on Plaintiff ProAssurance Casualty Company's Motion for Summary Judgment. (Doc. 50.) Plaintiff has no objection to Defendant Smith and Jenkins's request and maintains that "oral argument would likely assist the Court." (Doc. 57 at 1.) After careful consideration, Defendant Smith and Jenkins's request is **GRANTED** and the Court will hold a hearing on Plaintiff's motion at **2:00 p.m.** on **Friday, April 29, 2016**. At that hearing, each party shall be permitted to have only one

lawyer argue on its behalf.[1] In addition, the arguments for each party will be limited to a maximum of thirty minutes.

SO ORDERED this 18th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[1] The court assumes that Defendant Wilson B. Smith will not offer any argument at the hearing. In his response to Plaintiff's Motion for Summary Judgment, Defendant Smith argues only that Defendants Robert L. Jenkins, and Smith and Jenkins are entitled to coverage under the policy, not that he is entitled to coverage. (Doc. 51 at 2-3.) In short, the Court will not permit Defendants Jenkins, and Smith and Jenkins to utilize Defendant Smith's presence in this case as an opportunity to provide an additional thirty minutes of argument on their behalf.