# United States District Court
## *Southern District of Georgia*

ProAssurance Casualty Company

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-51

Wilson R. Smith et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 9, 2016, plaintiff's ProAssurance Casualty Company's Motion for Summary Judgment is granted. This action stands closed.

August 9, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk